1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-1940
8    Fax: (916) 324-5205

9  Attorneys for Defendants Thomas
   48149280-SA2003103416

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY SIMPSON,** | NO. CIV-S-03-0591 MCE GGH P |
| Plaintiff, | **STIPULATION BY THE PARTIES TO CONTINUE PRETRIAL CONFERENCE SCHEDULED FOR AUGUST 8, 2005; ORDER** |
| v. | |
| **SERGEANT THOMAS, et al,** | |
| Defendants. | |

The parties stipulate to continue the pretrial conference presently scheduled for August 8, 2004, at 2:30 p.m. in Courtroom 3 before the Honorable Morrison C. England.

This stipulation is based on the fact the counsel for Plaintiff and counsel for Defendant are both unavailable on August 8th due to vacation schedules. Counsel are available on August 15, 2005.

///

///

///

1

**IT IS SO STIPULATED.**

Dated:    June 15, 2005

_____
MARIA G. CHAN
Deputy Attorney General
Attorney for Defendant Thomas

Dated:  June 15, 2005

_____
CARTER C. WHITE
Attorney for Plaintiff Simpson

The pretrial conference is continued to August 15, 2005, at 2:30 p.m. in Courtroom 3 before the honorable Morrison C. England.

**IT IS SO ORDERED.**

Dated: July 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2