| | |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | ROBERT R. ANDERSON<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | JAMES E. FLYNN<br>Supervising Deputy Attorney General |
| 5 | MARIA G. CHAN, State Bar No. 192130<br>Deputy Attorney General |
| 6 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550<br>  Telephone:  (916) 323-1940 |
| 8 |   Fax:  (916) 324-5205 |
| 9 | Attorneys for Defendants Thomas<br>48149280-SA2003103416 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY SIMPSON,** | NO. CIV-S-03-0591 MCE GGH P |
| Plaintiff, | **STIPULATION BY THE PARTIES TO CONTINUE PRETRIAL CONFERENCE SCHEDULED FOR AUGUST 8, 2005; AMENDED ORDER** |
| v. | |
| **SERGEANT THOMAS, et al,** | |
| Defendants. | |

The parties stipulate to continue the pretrial conference presently scheduled for August 8, 2004, at 2:30 p.m. in Courtroom 3 before the Honorable Morrison C. England.

This stipulation is based on the fact the counsel for Plaintiff and counsel for Defendant are both unavailable on August 8th due to vacation schedules. Counsel would prefer to reschedule this matter until August 22, 2005, in order to allow the certified law students of the UC Davis Civil Rights Clinic to participate.

///

///

1

The parties also stipulate to leaving the current dates for filing of pretrial statements unchanged. Plaintiff's pretrial statement shall be filed by July 25, 2005. Defendant's pretrial statement shall be filed by August 1, 2005.

**IT IS SO STIPULATED.**

Dated:   June 16, 2005

                                        MARIA G. CHAN
                                        Deputy Attorney General
                                        Attorney for Defendant Thomas

Dated:  June 16, 2005

                                        CARTER C. WHITE
                                        Attorney for Plaintiff Simpson

The pretrial conference is continued to August 22, 2005, at 2:30 p.m. in Courtroom 3 before the honorable Morrison C. England. Plaintiff's pretrial statement shall be filed by July 25, 2005. Defendant's pretrial statement shall be filed by August 1, 2005.

**IT IS SO ORDERED.**

Dated:  July 1, 2005

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE