```
KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Gary Simpson, | ) | NO. CIV S-03-0591-MCE-GGH-P |
|---|---|---|
| Plaintiff, | ) | **ORDER ON REQUEST FOR AUTHORITY TO INCUR COSTS (Expert Witness)** |
| vs. | ) | **(General Order 230)** |
| Sergeant Thomas, | ) | |
| Defendants. | ) | - |

<u>ORDER</u>

On September 9, 2005, appointed counsel filed an ex parte request for authority to incur costs.  Accordingly, the Court approves the above request up to $5000.

IT IS SO ORDERED.

DATED: 9/13/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
simp0591.cst

G:\DOCS\GGH\DGGH1\prisoner\simp0591.cst.wpd