1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1940
8   Fax: (916) 324-5205

9  Attorneys for Defendant J. Thomas
   SA2003103416
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                            SACRAMENTO DIVISION
14

15 | **GARY SIMPSON,** | NO. CIV-S-03-0591 MCE GGH P

16 | Plaintiff, | **STIPULATION FOR A THIRTY-DAY CONTINUANCE OF THE TRIAL DATE; ORDER**
17 | v. |
18 | **SERGEANT THOMAS, et al,** | Trial: March 8, 2006
   |                           | Time: 9:00 a.m.
19 | Defendants. | Judge: The Honorable Morrison C. England, Jr.
20

21      The parties stipulate to a 30 day continuance of the trial date presently scheduled to

22 begin on March 8, 2006, before the Honorable Morrison C. England.

23      This stipulation is based on the fact that counsel for Defendant Thomas has a trial

24 scheduled to begin on March 7, 2006, before the Honorable District Court Judge Oliver W.

25 Wanger in the matter of Fulton v. Madruga, et al., CIV F-97-5767 OWW DLB P.  The Fulton

26 case is based on an incident which occurred in December 1996.  The case was filed in 1997, and

27 on August 4, 2005, after years of litigation, the Court set the matter for trial.  The trial is expected

28 to last four days.

                                     1

1    On October 13, 2005, the Court in the instant matter issued a Minute Order continuing
2 the trial to March 8, 2006.  At that time, a motion was pending in the <u>Fulton</u> case in which
3 Plaintiff sought a stay of the proceedings.  On October 19, 2005, the Court denied Plaintiff
4 Fulton's motion and therefore, the trial is scheduled to begin on March 7, 2006.
5    For these reasons, the parties stipulate to a 30-day continuance of the trial date.
6    **IT IS SO STIPULATED.**

8 Dated:    December 7, 2005          /s/ Maria G. Chan
                                       MARIA G. CHAN
9                                      Deputy Attorney General
                                       Attorney for Defendant Thomas

12 Dated:  December 7, 2005           /s/ Carter C. White
                                       CARTER C. WHITE
13                                     Attorney for Plaintiff Simpson

17    The trial is continued to April 12, 2006.
18    **IT IS SO ORDERED.**

20 Dated:  December 14, 2005

                                       _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE