BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACUISTO
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1940
 Fax:  (916) 324-5205

Attorneys for Defendant J. Thomas
SA2003103416

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY SIMPSON,**<br><br>         Plaintiff,<br><br>  v.<br><br>**SERGEANT THOMAS, et al,**<br><br>         Defendants. | NO. 2:03-cv-0591 MCE GGH P<br><br>**STIPULATION AND ORDER TO VACATE THE DATES SET BY THE MINUTE ORDER FILED OCTOBER 13, 2005**<br><br>Trial: April 12, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

  The parties stipulate to vacate the dates set in the Court's Minute Order filed October 13, 2005, continuing the trial in this matter to March 8, 2006.  The basis of this stipulation is that the Minute Order was based on a trial date of March 8, 2006, which has been continued to April 12, 2006.

/ / /

/ / /

/ / /

1

The Minute Order set dates for pretrial matters such as the filing of motions in limine and Daubert/Kumho motions, exhibit exchange between the parties, filing of trial briefs, jury instructions, joint voir dire questions, joint verdict forms, and hearing on motions in limine, among other dates.  On December 7, 2005, the parties filed a stipulation to continue the trial to April 12, 2006, on the grounds that Defense Counsel was going to trial in another case on March 7, 2006, in Fresno, California.  On December 15, 2005, the Court issued an Order continuing the trial to April 12, 2006.

Given that the dates set by the Minute Order were premised on a March 8, 2006 trial date, the parties stipulate and request that the Court vacate those dates and set new dates based on the April 12, 2006 trial date as follows:

| Item | Date |
|---|---|
| Motions in Limine; *Daubert/Kumho* Motions | March 22, 2006 |
| Oppositions to Motions In Limine;  Oppositions to *Daubert/Khumo* Motions | March 29, 2006 |
| Replies to Oppositions to Motions in Limine; Replies to Oppositions to *Daubert/Kumho* Motions | April 5, 2006 |
| Motions in Limine hearing date; *Daubert/Kumho* Motions hearing date (shall be noticed for this date) | April 11, 2006 at 2:00 p.m. |
| Exchange date of exhibits between parties | March 29, 2006 |
| Objections to exhibits; Trial briefs; Agreed Joint Statement of the Case | April 5, 2006 |
| Alternate arrangements due date with the Courtroom Deputy to present exhibit binder to the Court | April 5, 2006 |
| Exchange date of discovery documents between the parties; exchange date of interrogatories between the parties | April 5, 2006 |
| Joint set of voir dire questions; Joint set of jury instructions; Joint verdict form; Objections to voir dire questions | April 5, 2006 |
| Objection Memorandum to jury instructions; Objections to verdict form | April 12, 2006 |
| Written request for audio/visual training prior to commencement of trial | March 22, 2006 |
| Obtain status of trial date with Courtroom Deputy Clerk | April 5, 2006 |

/ / /

/ / /

1     **IT IS SO STIPULATED.**

2 Dated: February 10, 2006      **/s/ Maria G. Chan**

3     MARIA G. CHAN
    Deputy Attorney General
4     Attorney for Defendant Thomas

6 Dated: February 10, 2006      **/s/ Carter C. White**

7     CARTER C. WHITE
8     Attorney for Plaintiff

11     The dates set in the October 13, 2005 Minute Order for pretrial matters are vacated.
12 The dates are reset as set forth in this Stipulation.

13     **IT IS SO ORDERED.**

15 Dated: February 13, 2006

18 MORRISON C. ENGLAND, JR
19 UNITED STATES DISTRICT JUDGE