CARTER C. WHITE SBN: 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
(530) 742-5788 (fax)

Attorney for Petitioner
GARY SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY SIMPSON,**<br><br>Plaintiff,<br><br>v.<br><br>**SERGEANT THOMAS, et al,**<br><br>Defendants. | NO. 2:03-cv-0591 MCE GGH P<br><br>**ORDER**<br><br>Trial: April 12, 2006<br>Time: 9:00 a.m.<br>Judge:  The Honorable<br>Morrison C. England, Jr. |

The parties will not utilize mental health expert testimony in this case. Connie Hoglund and James Mattiuzzi are hereby removed as expert witnesses.

**IT IS SO ORDERED.**


Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1