1  CARTER C. WHITE SBN: 164149
   KING HALL CIVIL RIGHTS CLINIC
2  U.C. Davis School of Law
   One Shields Avenue, Bldg. TB-30
3  Davis, CA  95616-8821
   (530) 752-5440
4  (530) 752-5788 (fax)

5  Attorney for Petitioner
   GARY SIMPSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **GARY SIMPSON,**                    NO. 2:03-cv-0591 MCE GGH P
12
   Plaintiff,                           **STIPULATION AND ORDER TO**
13                                      **VACATE THE DATES SET BY**
       v.                               **THE COURT'S ORDER FILED**
14                                      **FEBRUARY 14, 2006**
   **SERGEANT THOMAS, et al,**
15
   Defendants.                          Judge:  The Honorable
16                                      Morrison C. England, Jr.

17

18        The parties stipulate to vacate the dates set in the Court's order filed February 14, 2006

19  (Docket # 106).  The basis of this stipulation is that the dates in the order of February 14, 2006

20  were based on a trial date of April 12, 2006.  The parties have been notified by the Court that the

21  trial has been continued to a date after September 10, 2006.  The exact trial date has not yet been

22  determined.

23        The Court's order of February 14, 2006 set dates for pretrial matters such as the filing of

24  motions in limine and Daubert/Kumho motions, exhibit exchange between the parties, filing of

25  trial briefs, jury instructions, joint voir dire questions, among other dates.  The parties request

26  that the dates for these pretrial matters be vacated until the Court provides the parties with a new

27  trial date.  Once a new trial date has been set, the parties will submit a proposed stipulated order

28  resetting the vacated dates to correspond to the new trial date.

                                          1

1 **IT IS SO STIPULATED.**

3 Dated: March 29 , 2006        /S/ Carter C. White
                                _____
4                               CARTER C. WHITE
                                Attorney for Plaintiff Simpson

7 Dated: March 29, 2006         /S/ Stephen P. Acquisto
                                _____
8                               STEPHEN P. ACQUISTO
                                Supervising Deputy Attorney General
9                               Attorney for Defendant Thomas

12   The dates set forth in the Court's order of February 14, 2006 for pretrial matters are vacated, and will be reset as provided in the parties' stipulation.  The Court will issue a Minute Order resetting the pretrial dates.

15   **IT IS SO ORDERED**.

16   DATED: April 4, 2006

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE