UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gary Simpson, | ) | NO. CIV S-03-0591-MCE-GGH-P |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING REQUEST FOR AUTHORITY TO INCUR COSTS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sergeant Thomas, | ) | |
| | ) | - |
| Defendant. | ) | |
| | ) | |

ORDER

     Plaintiff's appointed counsel has filed a second ex parte request for authority to incur costs for an additional $5000. However, when the court through court staff sought further information informally by telephone as to the basis of the request, i.e., the per hour fee and an approximation of the number of hours for trial preparation and testimony of plaintiff's rebuttal expert witness, no response whatever was forthcoming from counsel. The request is therefore DENIED.

     IT IS SO ORDERED.

DATED: 5/12/06                                               /s/ Gregory G. Hollows

                                                                               GREGORY G. HOLLOWS
                                                                               UNITED STATES MAGISTRATE JUDGE

simp0591.cst2