UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SIMPSON, | No. 2:03-cv-0591-MCE-GGH-P |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR WITNESS TO APPEAR VIA VIDEO CONFERENCE OR TELEPHONICALLY FOR PLAINTIFF GARY SIMPSON** |
| vs. | |
| SERGEANT THOMAS, | |
| Defendant. | As to Herbert Alexander , E-72055 |

**Herbert Alexander**, inmate CDC# E-72055, a necessary and material witness in proceedings in this case on February 28, 2007, is confined at California State Prison - Solano, 2100 Peabody Road (P.O. Box 4000), Vacaville, CA 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via video conference or telephonically in Court, 15th Floor, Courtroom No. 3, United States Courthouse, 501 I Street, Sacramento, California on **February 28, 2007 at 3:00 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court via video conference or telephonically at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden of California State Prison - Solano, Vacaville, 2100 California Drive (P.O. Box 4000), Vacaville, CA 95696:**

**WE COMMAND** you to produce the inmate named above to testify via video conference or telephonically before the United States District Court at the time and place above and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: February 15, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE