EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants Jeffrey S. Thomas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SIMPSON,<br><br>             Plaintiff,<br>    v.<br><br>SERGEANT THOMAS, et al,<br><br>             Defendants. | No. 2:03-cv-00591-MCE-GGH-P<br><br>ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR TWO-DAY EXTENSION OF DEADLINE |

Good cause appearing, the Court grants Defendant's ex parte request for two-day extension of the February 21, 2007, deadline to file the following documents:

   Reply to opposition to motions in limine

   Trial brief

   Deposition statement

   Joint Statement of the Case

   Jury Instructions

   Verdict Forms

   Voir Dire

1

1 | Defendant's new deadline to file/exchange these documents shall be extended by two
2 | days to February 23, 2007.
3 |     SO ORDERED.

Dated: February 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2