KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788

Attorneys for Plaintiff
GARY SIMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Simpson,<br><br>        Plaintiff,<br><br>vs.<br><br>Sergeant Thomas,<br><br>        Defendant. | No. 2:03-cv-0591-MCE-GGH-P<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO WEAR STREET CLOTHES AT TRIAL**<br><br>Trial:   February 28, 2007<br>Judge: Hon. Morrison C. England, Jr. |

The parties, through their undersigned counsel of record, hereby stipulate and agree that Plaintiff, Gary Simpson, may wear street clothes at the trial scheduled for February 28, 2007 at 9:00 a.m. General Order No. 441 does not apply to this case because Mr. Simpson is the Plaintiff in a civil case rather than defendant in a criminal proceeding and does not pose a similar threat to the security of the courtroom. To the extent possible, every attempt will be made to prevent the jury from viewing the Plaintiff in any attire other than street clothes, and to avoid the jury seeing the Plaintiff in shackles, leg irons, chains, or other similar restrictive devices.

To the extent that Plaintiff is required to wear leg irons during trial, and to the extent that the courtroom is configured in such a way that his feet will be seen by the jury, a scrim or other means of obstructing the jury's view of any leg restraints will be provided for Plaintiff. Plaintiff's hands shall not be cuffed or otherwise restrained while the jury is present, and Plaintiff may write notes to his counsel during the proceedings. Plaintiff is to be seated in the courtroom before the jury enters and shall remain seated until the jury is dismissed.

1       Though the jury will know that Mr. Simpson is an inmate, and was at the time of the
2 incident that forms the basis for this case, this stipulation is nonetheless necessary. There is a
3 psychological significance, both for Mr. Simpson and for the jury, to Mr. Simpson not wearing
4 leg irons. It is possible that the jury would view Mr. Simpson more negatively if he wore leg
5 irons in the courtroom. The risk that the jury would make such a judgment and that it might
6 affect the fairness of Mr. Simpson's trial leads the parties to respectfully request that the Court
7 enter this stipulation as an Order of the Court.

8       Dated: February 20, 2007.

10       Signed:

11       /S/ Carter C. White

12       _____
13       Carter C. White
      Attorney for Plaintiff

14       /S/ Misha D. Igra

15       _____
      Misha D. Igra
16       Attorney for Defendant

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The request for the plaintiff to wear street clothes during the trial is **DENIED**.  The Court
2  previously ruled on this issue and will not entertain any further requests of this nature.  The
3  Plaintiff is a state prison inmate.  The issues for trial involve his custody in a state prison.  He
4  will be flanked by two uniformed correctional officers in the courtroom during all stages of the
5  trial.  Any potential prejudice to the Plaintiff because of his attire during the trial is minimal at
6  best.
7  With respect to leg irons, shackles and/or handcuffs, Plaintiff will not be restrained with
8  such devices unless his behavior during the trial calls for it.
9  As for how and when the Plaintiff is to be seated in the courtroom, that decision will be
10 one left to the Court and not determined by a stipulation of the parties.  The Court will utilize the
11 same procedures as are used for all prisoner cases.
12      IT IS SO ORDERED.
13
    Dated:  February 22, 2007
14
                                     _____
15                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
16