KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, SBN 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Facsimile: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff
GARY SIMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Gary Simpson, | ) | NO. 2:03-cv-0591-MCE-GGH-P |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RESETTING HEARING ON PLAINTIFF'S MOTION FOR NEW TRIAL** |
| vs. | ) | |
| Sergeant Thomas, | ) | Hearing: May 18, 2007 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Courtroom: No. 3, 15th floor |
| | ) | Judge: Hon. Morrison C. England, Jr. |

Pursuant to Local Rule 78-230(g), the parties stipulate and ask the Court to order that the hearing on Plaintiff's motion for new trial, currently scheduled for May 4, 2007, at 9:00 a.m., be rescheduled until Friday, May 18, 2007, at 9:00 a.m. Due to a medical emergency in his family, counsel for Plaintiff is required to be out of the state on the currently-scheduled hearing date.

Dated: April 26, 2007.

/S/ Carter C. White
_____
Carter C. White
Attorney for Plaintiff

/S/ Misha D. Igra
_____
Misha D. Igra
Attorney for Defendant

1

1   The hearing on Plaintiff's Motion for New Trial is hereby rescheduled for Friday, May
2  18, 2007, at 9:00 a.m.
3   IT IS SO ORDERED.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2