UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY SIMPSON,                              No. 2:03-cv-0591-MCE-GGH P

       Plaintiff,

  v.                                       ORDER

SERGEANT THOMAS,

       Defendant.

----oo0oo----

    In bringing this lawsuit, Plaintiff Gary Simpson, an inmate in the custody of the California Department of Corrections and Rehabilitation, alleged that he was subjected to excessive force by Defendant Thomas in violation of his rights under the Eighth Amendment of the United States Constitution to be free of cruel and unusual punishment, along with associated provisions of state law.

    On March 5, 2007, this Court entered judgment in Defendant's favor following a defense verdict returned by the jury following trial on March 2, 2007. Defendant subsequently filed a Bill of Costs in the amount of $3,280.78 and the propriety of that costs bill is presently before the Court.

1

Federal Rule of Civil Procedure 54(d) creates a presumption in favor of awarding costs to the prevailing party, "but vests in the district court discretion to refuse to award costs."  <u>Ass'n of Mexican-American Educators v. State of Cal.</u>, 231 F.3d 572, 591 (9th Cir. 2000) (en banc).  The imposition of substantial costs in a case of this nature could have an undesired chilling effect on civil rights litigation in this important area (<u>see, e.g.</u>, <u>Stanley v. Univ. of Southern Cal.</u>, 178 F.3d 1069, 1080 (9th Cir. 1999), and the Court therefore exercises its discretion in disallowing costs herein.  Defendant's Bill of Costs is accordingly rejected.

IT IS SO ORDERED.

Dated: June 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2