IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY SIMPSON,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**SERGEANT THOMAS, et al,**<br><br>　　　　　　　　　Defendants. | Case No. 2:03-cv-00591 MCE GGH P<br><br>**ORDER APPROVING STIPULATION AND RESCHEDULING STATUS HEARING** |

　　Good cause appearing, the Court approves the parties' Stipulation to Reschedule Status Hearing filed in this matter and, accordingly,

　　IT IS ORDERED that the Status Hearing currently on calendar for November 14, 2008, is rescheduled to occur on December 5, 2008, at 9:00 a.m. in Courtroom 3 before the Honorable Morrison C. England, Jr.

　　IT IS FURTHER ORDERED that the parties' deadline for filing a joint status report is continued to November 21, 2008.

Dated: October 22, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1