1

2

3

4

5

6

7

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

**GARY SIMPSON,**                                Case No. 2:03-cv-00591 MCE GGH P

15                                               **ORDER GRANTING ONE WEEK**
                                    Plaintiff,   **EXTENSION OF TIME**
16

17          **v.**

**SERGEANT THOMAS, et al,**
18
                                    Defendants.
19

20          Good cause appearing, the parties' stipulation for one week extension of time for

21   Defendants to file a motion for summary judgment is APPROVED.

22          IT IS ORDERED:

23          1.  Defendant's deadline to file a motion for summary judgment is hereby extended for one

24   week, to and including March 12, 2009.

25          2.  Plaintiff's deadline to file an opposition to Defendant's motion is hereby extended for

26   one week, to and including March 26, 2009.

27          3.   Defendant's deadline to file a reply to Plaintiff's opposition is hereby extended for one

28   week, to and including April 2, 2009.

1        4.  The hearing on Defendant's motion for summary judgment is hereby continued on the

2   Court's calendar to April 16, 2009, at 2:00 p.m. in Courtroom 7.

3

4   Dated:  February 25, 2009

5                                                    _____

6                                                    MORRISON C. ENGLAND, JR.
                                                     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28